UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Sherod Rodgers, et al.,

Plaintiffs

v.

Progressive Casualty Insurance Company,

Defendant

Case No. 2:25-cv-01667-CDS-EJY

**Notice of Intent to Dismiss Under Local Rule 41-1**

This breach of contract action was initiated by plaintiffs Sherod Rodgers, Donte Johns, and Leonard Finney in the Eighth Judicial District Court and was removed to this court on September 8, 2025. ECF No. 1. Then, on October 29, 2025, U.S. Magistrate Judge Elayna J. Youchah approved the parties' stipulated discovery plan and scheduling order. ECF No. 12. Since that time, there has been no activity in this matter.

This district's local rules provide for dismissal of an action for want of prosecution:

> All civil actions that have been pending in this Court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party.

LR 41-1. Further, it is within the inherent power and discretion of the court to sua sponte dismiss a civil case for lack of prosecution. Fed. R. Civ. P. 41(b). A plaintiff must prosecute his case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). *Anderson v. Air W., Inc.*, 542 F.2d 522, 524 (9th Cir. 1976). Here, because this case has remained stagnant for nearly a year, it appears that the plaintiffs have failed to prosecute with reasonable diligence. This order serves as notice that the case will be dismissed without prejudice and without further notice on August 21, 2026.

Dated: August 7, 2026

Cristina D. Silva
United States District Judge