UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Sherod Rodgers, et al.,

Plaintiffs

v.

Progressive Casualty Insurance Company,

Defendant

Case No. 2:25-cv-01667-CDS-EJY

**Order Directing Parties to File Stipulation of Dismissal or Joint Status Report**

The court approved the parties' proposed stipulated discovery plan and scheduling order on October 29, 2025. ECF No. 12. That order set, among other things, the discovery cut-off date, dispositive motions deadline, and the date for filing a proposed joint pretrial order. *Id.* Those deadlines passed without the parties seeking any extensions of time. Specifically, there was no activity in this case for nine months. As a result, on August 7, 2026, I issued a notice of intent to dismiss under Local Rule 41-1 (providing for dismissal of an action for want of prosecution after more than 270 days without any proceeding of record). In response, the parties filed a joint status report indicating that they attended binding arbitration on May 18, 2026, are in the process of finalizing the settlement documents, and anticipate dismissing the plaintiffs' claims within forty-five days. ECF No. 13. Accordingly, IT IS HEREBY ORDERED that a stipulation of dismissal or a second joint status report addressing settlement is due by October 1, 2026.

Dated: August 20, 2026

Cristina D. Silva
United States District Judge